**Pamela GRAMMER, Appellant,**

v.

**MERIDIAN MEDICAL
TECHNOLOGIES,**

and

**Treasurer of the State of Missouri
as the Custodian for the Second
Injury Fund, Respondents.**

**No. ED 88347.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 13, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 15, 2007.

Application for Transfer Denied
May 1, 2007.

Before GLENN A. NORTON, P.J.,
LAWRENCE E. MOONEY, J. and
KENNETH M. ROMINES, J.

## *ORDER*

PER CURIAM.

Pamela Grammer appeals the Labor and Industrial Relations Commission's determination that the administrative law judge properly denied her recovery against the Second Injury Fund. We find that the Commission did not err in denying recovery under the Second Injury Fund. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).